PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
for
**Middle District of Pennsylvania/Harrisburg**

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Gregory Davy          Case Number: 1:CR-00-213-04
Name of Sentencing Judicial Officer: The Honorable Sylvia H. Rambo
Date of Original Sentence: February 28, 2001
Original Offense: Bank Fraud, 18 U.S.C. § 1344
Original Sentence: 57 months imprisonment; 5 years supervised release; $74,720.00 restitution
Type of Supervision: Supervised Release    Date Supervision Commenced: April 18, 2005

### PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.
[X] To modify the conditions of supervision as follows:

1) The defendant's special condition of supervised release requiring minimum restitution payments of no less than $50.00 is modified to require minimum monthly payments of not less than $10.00 until such time as Mr. Davy's financial condition improves.

### CAUSE

Mr. Davy commenced supervision on April 18, 205, and secured full-time employment at Salvation Army Thrift Store, where he continues to work. However, Mr. Davy's wage is only $8 per hour, and he commutes to Camp Hill from York Haven. At this time, Mr. Davy does not have the ability to pay toward his restitution in minimum monthly installments of $50. Therefore, we are recommending that Mr. Davy's special condition requiring payment of $50 per month toward the restitution be modified to require that Mr. Davy make minimum monthly payments of not less than $10. First Assistant U.S. Attorney Martin C. Carlson has no objection to this modification.

Respectfully submitted,

by  *[signature]*
Julie M. Persinger
U.S. Probation Officer
Date: May 22, 2006

Case 1:00-cr-00213-SHR   Document 191   Filed 05/23/2006   Page 2 of 2

Request for Modifying the
Conditions or Term of Supervision
page 2

## THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____5/22/06_____
Date